**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*******************************:

| | | |
|---|---|---|
| ANGELA HUNTER | : | CIVIL ACTION NO. 3:26-CV-00544 |
| | : | |
| V. | : | |
| | : | |
| WAL-MART STORES EAST, | : | |
| LIMITED PARTNERSHIP | : | APRIL 9, 2026 |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores East, Limited Partnership ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, remove this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which state as follows:

1.      The plaintiff, Angela Hunter ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Angela Hunter. v. Wal-Mart Stores East, Limited Partnership*, Docket No. HHD-CV26-6221408-S and returnable to the Superior Court, Judicial District of Hartford.  A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A.**

2.      This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by the Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. Defendant was served on or about March 17, 2026.

3.      The Complaint alleges negligence against the Defendant and seeks unspecified damages. The Plaintiff, however, alleges that she sustained the following "severe injuries," some or all of which may be permanent in nature: Visit to Emergency Department; Reconstructive hip

-1-

surgery; Rehabilitation center residency; Physical therapy visits; Orthopedic visits; Right hip pain; Shattered right hip from pre-existing hip replacement; Inability to walk without cane or walker support; pain and suffering; and mental anguish. See Exhibit A, at ¶ 9(a)-(j). The Plaintiff also alleges that she "has and may continue to incur expenses for medical treatment, hospitalization, rehabilitation, x-rays, MRIs, other testes and medication, all to her great financial loss." Id. at ¶ 12. The Plaintiff further alleges that her "ability to enjoy life's activities has been curtailed and shall continue to be affected and curtailed in the future." Id. at ¶ 11. The Plaintiff alleges that she "has and may continue to suffer economic and pecuniary damages by virtue of time lost from employment past, present and future resulting in lost wages and potential loss of earning capacity, all to her great financial loss." Id. at ¶ 13. Based upon the allegations in the Complaint, the damages claimed in this case exceed $75,000.

4. According to the Complaint, the Plaintiff, resides in Hartford, Connecticut and, accordingly, is a citizen of the State of Connecticut. See Exhibit A at ¶ 1.

5. The Defendant is a citizen of the States of Delaware and Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant. Wal-Mart Stores East, LP is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas, which is composed of two partners, WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner), both of which are Delaware limited liability companies with their principal place of business in Bentonville, Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), an Arkansas limited liability company whose sole member is Walmart Inc., a Delaware corporation with its principal place of business in Bentonville, Arkansas. Wal-Mart Stores East, LP is therefore a citizen of Delaware and Arkansas.

6. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

7. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 9th day April, 2026

THE DEFENDANT,

By /s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]
Katie A. Roy [ct29988]
Rogin Nassau LLC
185 Asylum Street, 22nd Floor
Hartford, CT 06103-3460
T: (860) 256-6300
F: (860) 278-2179
kroy@roginlaw.com
gspringer@roginlaw.com

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was served electronically this 9th day of April, 2026 and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Ephraim J. Fink, Jr., Esq.
Morgan & Morgan
199 Water Street, Suite 1500
New York, NY 10038
Ephraim.fink@forthepeople.com

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

# EXHIBIT A

**SUMMONS - CIVIL**

JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | **Return Date** *(Must be a Tuesday)* |
|---|---|---|
| **95 Washington Street, Hartford, CT 06106** | **( 860 ) 548 − 2700** | **May 5, 2026** |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: ☐ | At *(City/Town)* **Hartford** | Case type code *(See list on page 2)* Major: **T**     Minor: **03** |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **Morgan & Morgan, 199 Water Street Suite 1500, New York, NY 10038** | **446919** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| **( 475 ) 204 − 3101** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) | ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book **ephraim.fink@forthepeople.com** |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  **HUNTER, ANGELA**<br>Address: **59 Oakland Terrace, Hartford, CT 06112** | **P-01** |
| **Additional plaintiff** | Name:<br>Address: | **P-02** |
| **First defendant** | Name:  **WALMART STORES EAST LIMITED PARTNERSHIP**<br>Address: **702 SW 8th Street, Bentonville, AR, 72716** | **D-01** |
| **Additional defendant** | Name:<br>Address: | **D-02** |
| **Additional defendant** | Name:<br>Address: | **D-03** |
| **Additional defendant** | Name:<br>Address: | **D-04** |

| **Total number of plaintiffs: 1** | **Total number of defendants: 1** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date **03/11/2026** | Signed *(Sign and select proper box)* *EJF* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing **Ephraim J. Fink** |
|---|---|---|---|

| If this summons is signed by a Clerk: | *For Court Use Only* |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

| Print Form | **Page 1 of 2** | Reset Form |
|---|---|---|

RETURN DATE: MAY 5, 2026        :        SUPERIOR COURT

                                       :

ANGELA HUNTER                :        J.D. OF HARTFORD

                                         :

V.                               :        AT HARTFORD

                                         :

WALMART STORES EAST LIMITED    :

PARTNERSHIP                 :        MARCH 11, 2026

## COMPLAINT

## THE PARTIES

1. Plaintiff Angela Hunter (hereinafter "Plaintiff ") is an individual herein, and at all relevant times, was and is currently residing at 59 Oakland Terrace in Hartford, Connecticut 06112.

2. Defendant Walmart Stores East Limited Partnership (hereinafter "Defendant Walmart") is a foreign corporation who is authorized to conduct retail business in the State of Connecticut and was at all times relevant herein, residing with a principal place of business at 702 SW 8th Street, Bentonville, Arkansas 72716.

## UNDERLYING PREDICATE FACTS AND JURISDICTION

3. On the afternoon of May 5, 2025, between the hours of 3 and 5 p.m., the Plaintiff, Angela Hunter was visiting the Walmart located at 80 Town Line Road in Rocky Hill, Connecticut. Plaintiff Angela was heading toward the restroom in the Walmart and then suddenly slipped on a wet substance on the floor while she was walking in aisle F4 and/or the dairy aisle. This caused her to fall to ground suffering personal injuries and medical treatment.

4. The Defendant Walmart was the owner of the property at 80 Town Line Road in Rocky Hill, Connecticut including the subject area where the Plaintiff slipped on the wet area with a liquid substance.

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**

5. The Defendant Walmart leased, controlled, managed, supervised, inspected, maintained and repaired the property at 80 Town Line Road in Rocky Hill, Connecticut including the subject floor area where the alleged hazardous slippery substance existed.

6. The State of Connecticut Superior Court, Judicial District of Hartford at Hartford has personal and subject matter jurisdiction and venue in this civil action pursuant to Connecticut General Statutes § 51-345 based on the location of the accident. Pursuant to Connecticut General Statutes § 52-584 this action has been commenced timely within two years of the date when the Plaintiff's injuries were first sustained.

## COUNT ONE (NEGLIGENCE): ANGELA HUNTER v. WALMART STORES EAST LIMITED PARTNERSHIP

7. The prior paragraphs numbered 1 through 6 are repeated and incorporated by reference herein as if more fully set forth in this here Count One.

8. In addition, the incident was caused by the negligence of the Defendant Walmart in one or more of the following ways, including, but not limited to:

   a. They failed to properly maintain the store;

   b. They failed to properly and reasonably inspect the store;

   c. They knew or should have known of the presence of the spilled substance, yet took no steps to treat the area;

   d. They created the alleged hazardous condition;

   e. They allowed the spilled substance to exist for an unreasonable period of time;

   f. They failed to clean the spilled substance when it was a reasonable precautionary measure to do so;

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**

g.  They failed to warn the Plaintiff and others similarly situated, that the spilled substance was an unreasonably hazardous condition for customers;

h.  They knew or should have known that people would be using all areas of the store, yet failed to inspect and maintain their store to make it safe for customers to navigate the store without encountering the hazard;

i.  They failed to erect signs, barriers, warning cones or otherwise isolate the hazard to protect customers and passersby and;

j.  They failed to follow their own internal protocols, policies, practices, procedures and modes of operation which would have prevented the hazardous slippery substance from existing on the floor in time to prevent the accident; and

k.  They failed to reasonably and timely notify, warn, hire or pay any outside contractors or vendors to clean the hazardous condition.

9.  As a direct result of the incident, the Plaintiff was caused to sustain and suffer the following severe injuries, some or all of which may be permanent in nature:

a.  Visit to Emergency Room;

b.  Reconstructive Hip Surgery;

c.  Rehabilitation Center Residency;

d.  Physical Therapy Visits;

e.  Orthopedic Visits;

f.  Right Hip Pain;

g.  Shattered Right Hip From Pre-existing Hip Replacement;

h.  Inability to Walk Without Cane or Walker Support;

3

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**

      i.  Pain and Suffering; and

      j.  Mental Anguish.

10. As a direct result of Defendant's conduct, actions, inactions, lack of reasonable care, and negligence, the Plaintiff has suffered a partial and/or permanent loss of nature, function and use of her body, and may in the future suffer further partial and/or permanent loss of nature, function and use of her body.

11. As a further result of Defendant's conduct, actions, inactions, lack of reasonable care, and negligence, the Plaintiff's ability to enjoy life's activities has been curtailed and shall continue to be affected and curtailed in the future.

12. As a further result of Defendant's conduct, actions, inactions, lack of reasonable care, and negligence, the Plaintiff has and may continue to incur expenses for medical treatment, hospitalization, rehabilitation, x-rays, MRIs, other tests and medication, all to her great financial loss.

13. As a further result of Defendant's conduct, actions, inactions, lack of reasonable care, and negligence, the Plaintiff, has and may continue to suffer economic and pecuniary damages by virtue of time lost from employment past, present and future resulting in lost wages and potential loss of earning capacity, all to her great financial loss.

14. As a result of the above, Defendant is liable for the injuries and damages sustained by Plaintiff that were the direct and proximate cause of Defendant's negligence.

WHEREFORE, Plaintiff claims:

1. Compensatory Monetary Damages for Pain and Suffering, Past, Present and Future;

2. Monetary Damages for Medical Treatment, Past, Present and Future;

4

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**

3. Reimbursement for Medical Bills;

4. Compensatory Monetary Damages for Economic/Pecuniary Lost Wages, Past, Present and Future;

5. Costs and Expenses Incurred; and

6. Any and all other relief as this Court deems legal, equitable and just.

THE PLAINTIFF,
ANGELA HUNTER,

_____/417497_____
Ephraim J. Fink, Esq.
Morgan & Morgan
199 Water Street, Suite 1500
New York, NY 10038
Tel: (475) 204-3101
Cell: (203) 918-0263
Firm Juris No.: 446919
File Matter No.: 18197095
E-mail: ephraim.fink@forthepeople.com

5

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**

RETURN DATE: MAY 5, 2026        :        SUPERIOR COURT

                                     :

ANGELA HUNTER                 :        J.D. OF HARTFORD

                                       :

V.                              :        AT HARTFORD

                                       :

WALMART STORES EAST LIMITED    :
PARTNERSHIP                  :        MARCH 11, 2026

## STATEMENT RE: AMOUNT IN DEMAND

       The amount in demand, exclusive of costs and interest, is greater than FIFTEEN

THOUSAND ($15,000.00) DOLLARS.

                                    THE PLAINTIFF,
                                    ANGELA HUNTER,


                                    _____/417497_____
                                    Ephraim J. Fink, Esq.
                                    Morgan & Morgan
                                    199 Water Street, Suite 1500
                                    New York, NY 10038
                                    Tel: (475) 204-3101
                                    Cell: (203) 918-0263
                                    Firm Juris No.: 446919
                                    File Matter No.: 18197095
                                    E-mail: ephraim.fink@forthepeople.com

**MORGAN & MORGAN**

**157 Church Street, 19th Floor, New Haven, CT 06510**
**Phone (203) 547-5916 Fax: (212) 801-4625**
**Juris No. 446919**